**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 283 WAL 2016

Respondent

                            :  Petition for Allowance of Appeal from
                            :  the Order of the Superior Court

v.

JERRY EUGENE SHRUBB,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.